USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CHRISTINE MAPES, on behalf of herself and
all others similarly situated,
                                    Plaintiff,

v.

UNITED SERVICES AUTOMOBILE
ASSOCIATION,
                                    Defendant.
--------------------------------------------------------------x

**ORDER OF DISMISSAL**

21 CV 7853 (VB)

On August 11, 2021, plaintiff Christina Mapes filed the instant action (the "Mapes case") against defendant United Services Automobile Association. (Doc. #1). On November 17, 2021, the Court consolidated the Mapes case with Dolan v. United Services Automobile Association, 21-cv-07853, as well as any future related actions, under that docket number and under the new title "In re USAA Data Security Litigation" (the "Consolidated Action"). (Doc. #19).

On October 24, 2023, the parties filed, in the Consolidated Action, a Stipulation of Dismissal Without Prejudice as to Plaintiff Christine Mapes Only. (Case No. 21-cv-5813, Doc. #65). The Court so ordered the stipulation on October 25, 2023. (Id., Doc. #66). Mapes was thus terminated as a party in the Consolidated Action. However, Mapes was not terminated as a party in the Mapes case, and the Mapes case was never closed.

Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than October 11, 2024. To be clear, any application to restore the action must be filed by October 11, 2024, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

The Clerk is instructed to close this case.

Dated: September 11, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge